IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | CASE NO. 24-33291 |
| **Anthony Lewis and Enotris A Lewis** | § § § | |
| **DEBTOR(S)** | § | CHAPTER 7 |

**DEBTOR(S)' CERTIFICATION REGARDING NECESSITY OF FILING PAYMENT ADVICES UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

<u>DEBTOR</u>:

I, **Anthony Lewis**, a debtor in the above-referenced case, declare under penalty of perjury that the foregoing is true and correct:

(CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition, and I did not receive any payment advices or other evidence of payment within the 60 days before the date of filing.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer or other source of revenue, and they are attached.

Date 7/23/2024    Signature _____
                              Anthony Lewis, Debtor

<u>JOINT DEBTOR</u>:

I, **Enotris A Lewis**, a joint debtor in the above-referenced case, declare under penalty of perjury that the foregoing is true and correct:

(CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition, and I did not receive any payment advices or other evidence of payment within the 60 days before the date of filing.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____ _____.

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer or other source of revenue, and they are attached.

Date 7/23/2024    Signature _____
                              Enotris A Lewis, Joint Debtor

ALLIANCE HEALTH RESOURCES MOBILE
2910 Center St
Deer Park TX  77536

Y470-B918
ORG1:200 STAFF
EE ID: 1254        DD

NON-NEGOTIABLE

ENOTRIS A LEWIS
4850 GYPSY FOREST DRIVE
HUMBLE TX  77346

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Enotris A Lewis
4850 Gypsy Forest Drive
Humble, TX  77346
**Employee ID:** 1254

**Home Department:** 200 STAFF

**Pay Period:** 06/30/24 **to** 07/13/24
**Check Date:** 07/18/24    **Check #:** 10790

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 079 | 1332.23 | 24240.28 |
| **NET PAY** | **1332.23** | **24240.28** |

**TIME OFF (Based on Policy Year)**

| DESCRIPTION | AVAIL BAL |
|---|---|
| Birthday | 0.00 hrs |
| Breavement | 0.00 hrs |
| CME | 0.00 hrs |
| Off - Not Paid | 0.00 hrs |
| Sick | 8.00 hrs |
| Travel | 0.00 hrs |
| Vacation | 60.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Birthday | | | | 8.0000 | 176.00 |
| | Regular Earnings | 55.6700 | 23.0000 | 1280.41 | 1087.3800 | 24434.40 |
| | Overtime | | | | 180.2700 | 6080.82 |
| | Holiday | 8.0000 | 23.0000 | 184.00 | 48.0000 | 1072.00 |
| | Sick | | | | 20.0000 | 452.00 |
| | Vacation | 16.0000 | 23.0000 | 368.00 | 36.0000 | 808.00 |
| | **Total Hours** | 79.6700 | | | 1379.6500 | |
| | **Total Hrs Worked** | 55.6700 | | | | |
| | **Gross Earnings** | | | 1832.41 | | 33023.22 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 99.11 | 1829.88 |
| Medicare | | 23.17 | 427.95 |
| Fed Income Tax | MWS 1 | 135.36 | 2887.01 |
| **TOTAL** | | 257.64 | 5144.84 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MED 125 | 233.94 | 3509.10 |
| SUPP LIFE INSU | 8.60 | 129.00 |
| **TOTAL** | 242.54 | 3638.10 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1332.23** | **24240.28** |

Payrolls by Paychex, Inc.

0943  Y470-B918  ALLIANCE HEALTH RESOURCES MOBILE • 2910 Center St • Deer Park TX  77536 • (281) 241-8514

ALLIANCE HEALTH RESOURCES MOBILE
2910 Center St
Deer Park TX  77536

Y470-B918
ORG1:200 STAFF
EE ID: 1254        DD

*Payrolls by Paychex, Inc.*

ENOTRIS A LEWIS
4850 GYPSY FOREST DRIVE
HUMBLE TX  77346

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
Enotris A Lewis
4850 Gypsy Forest Drive
Humble, TX  77346
**Employee ID:** 1254

**Home Department:** 200 STAFF

**Pay Period:** 06/16/24 **to** 06/29/24
**Check Date:** 07/03/24    **Check #:** 10715

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 079 | 1616.37 | 22908.05 |
| **NET PAY** | **1616.37** | **22908.05** |

**TIME OFF (Based on Policy Year)**

| DESCRIPTION | AVAIL BAL |
|---|---|
| Birthday | 0.00 hrs |
| Breavement | 0.00 hrs |
| CME | 0.00 hrs |
| Off - Not Paid | 0.00 hrs |
| Sick | 4.00 hrs |
| Travel | 0.00 hrs |
| Vacation | 76.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Birthday | | | | 8.0000 | 176.00 |
| | Regular Earnings | 80.0000 | 23.0000 | 1840.00 | 1031.7100 | 23153.99 |
| | Overtime | 10.0300 | 34.5000 | 346.04 | 180.2700 | 6080.82 |
| | Holiday | | | | 40.0000 | 888.00 |
| | Sick | | | | 20.0000 | 452.00 |
| | Vacation | | | | 20.0000 | 440.00 |
| | **Total Hours** | 90.0300 | | | 1299.9800 | |
| | **Total Hrs Worked** | 90.0300 | | | | |
| | **Gross Earnings** | | | 2186.04 | | 31190.81 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 121.03 | 1730.77 |
| Medicare | | 28.31 | 404.78 |
| Fed Income Tax | MWS 1 | 177.79 | 2751.65 |
| **TOTAL** | | 327.13 | 4887.20 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MED 125 | 233.94 | 3275.16 |
| SUPP LIFE INSU | 8.60 | 120.40 |
| **TOTAL** | 242.54 | 3395.56 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1616.37** | **22908.05** |

Payrolls by Paychex, Inc.
0943 Y470-B918  ALLIANCE HEALTH RESOURCES MOBILE • 2910 Center St • Deer Park TX  77536 • (281) 241-8514

ALLIANCE HEALTH RESOURCES MOBILE
2910 Center St
Deer Park TX  77536

Y470-B918
ORG1:200 STAFF
EE ID: 1254        DD

ENOTRIS A LEWIS
4850 GYPSY FOREST DRIVE
HUMBLE TX  77346

## PERSONAL AND CHECK INFORMATION

Enotris A Lewis
4850 Gypsy Forest Drive
Humble, TX  77346
**Employee ID:** 1254

**Home Department:** 200 STAFF

**Pay Period:** 06/02/24 to 06/15/24
**Check Date:** 06/20/24   **Check #:** 10640

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 079 | 1634.39 | 21291.68 |
| **NET PAY** | **1634.39** | **21291.68** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AVAL BAL |
|---|---|
| Birthday | 0.00 hrs |
| DESCRIPTION | AVAL BAL |
| Breavement | 0.00 hrs |
| DESCRIPTION | AVAL BAL |
| CME | 0.00 hrs |
| DESCRIPTION | AVAL BAL |
| Off - Not Paid | 0.00 hrs |
| DESCRIPTION | AVAL BAL |
| Sick | 4.00 hrs |
| DESCRIPTION | AVAL BAL |
| Travel | 0.00 hrs |
| DESCRIPTION | AVAL BAL |
| Vacation | 76.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Birthday | | | | 8.0000 | 176.00 |
| | Regular Earnings | 80.0000 | 23.0000 | 1840.00 | 951.7100 | 21313.99 |
| | Overtime | 10.6800 | 34.5000 | 368.46 | 170.2400 | 5734.78 |
| | Holiday | | | | 40.0000 | 888.00 |
| | Sick | | | | 20.0000 | 452.00 |
| | Vacation | | | | 20.0000 | 440.00 |
| | Total Hours | 90.6800 | | | 1209.9500 | |
| | Total Hrs Worked | 90.6800 | | | | |
| | Gross Earnings | | | 2208.46 | | 29004.77 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 122.42 | 1609.74 |
| Medicare | | 28.63 | 376.47 |
| Fed Income Tax | MWS 1 | 180.48 | 2573.86 |
| **TOTAL** | | **331.53** | **4560.07** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MED 125 | 233.94 | 3041.22 |
| SUPP LIFE INSU | 8.60 | 111.80 |
| **TOTAL** | **242.54** | **3153.02** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1634.39 | 21291.6 |

Payrolls by Paychex, Inc.
0943 Y470-B918  ALLIANCE HEALTH RESOURCES MOBILE • 2910 Center St • Deer Park TX  77536 • (281) 241-8514

ALLIANCE HEALTH RESOURCES MOBILE
2910 Center St
Deer Park TX 77536

Y470-B918
ORG1:200 STAFF
EE ID: 1254         DD

ENOTRIS A LEWIS
4850 GYPSY FOREST DRIVE
HUMBLE TX 77346

**PERSONAL AND CHECK INFORMATION**
Enotris A Lewis
4850 Gypsy Forest Drive
Humble, TX 77346
**Employee ID:** 1254

**Home Department:** 200 STAFF

**Pay Period:** 05/19/24 to 06/01/24
**Check Date:** 06/06/24   **Check #:** 10567

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 079 | 2056.34 | 19657.29 |
| **NET PAY** | **2056.34** | **19657.29** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AVAL BAL |
|---|---|
| Birthday | 0.00 hrs |
| Breavement | 0.00 hrs |
| CME | 0.00 hrs |
| Off - Not Paid | 0.00 hrs |
| Sick | 4.00 hrs |
| Travel | 0.00 hrs |
| Vacation | 76.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Birthday | | | | 8.0000 | 176.00 |
| | Regular Earnings | 69.8200 | 23.0000 | 1605.86 | 871.7100 | 19473.99 |
| | Overtime | 28.5500 | 34.5000 | 984.98 | 159.5600 | 5366.32 |
| | Holiday | 8.0000 | 23.0000 | 184.00 | 40.0000 | 888.00 |
| | Sick | | | | 20.0000 | 452.00 |
| | Vacation | | | | 20.0000 | 440.00 |
| | Total Hours | 106.3700 | | | 1119.2700 | |
| | Total Hrs Worked | 98.3700 | | | | |
| | Gross Earnings | | | 2774.84 | | 26796.31 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 157.54 | 1487.32 |
| Medicare | | 36.84 | 347.84 |
| Fed Income Tax | MWS 1 | 281.58 | 2393.38 |
| **TOTAL** | | **475.96** | **4228.54** |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MED 125 | 233.94 | 2807.28 |
| SUPP LIFE INSU | 8.60 | 103.20 |
| **TOTAL** | **242.54** | **2910.48** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2056.34 | 19657.29 |

Payrolls by Paychex, Inc.

0943 Y470-B918  ALLIANCE HEALTH RESOURCES MOBILE • 2910 Center St • Deer Park TX 77536 • (281) 241-8514

ALLIANCE HEALTH RESOURCES MOBILE
2910 Center St
Deer Park TX 77536

Y470-B918
ORG1:200 STAFF
EE ID: 1254          DD

ENOTRIS A LEWIS
4850 GYPSY FOREST DRIVE
HUMBLE TX 77346

## PERSONAL AND CHECK INFORMATION

Enotris A Lewis
4850 Gypsy Forest Drive
Humble, TX 77346
Employee ID: 1254

Home Department: 200 STAFF

Pay Period: 05/05/24 to 05/18/24
Check Date: 05/23/24   Check #: 10493

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 079 | 2206.90 | 17600.95 |
| NET PAY | 2206.90 | 17600.95 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AVAL BAL |
|---|---|
| Birthday | 0.00 hrs |
| Bereavement | 0.00 hrs |
| CME | 0.00 hrs |
| Off - Not Paid | 0.00 hrs |
| Sick | 0.00 hrs |
| Travel | 0.00 hrs |
| Vacation | 76.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Birthday | | | | 8.0000 | 176.00 |
| | Regular Earnings | 80.0000 | 23.0000 | 1840.00 | 801.8900 | 17868.13 |
| | Overtime | 33.3000 | 34.5000 | 1148.85 | 131.0100 | 4381.34 |
| | Holiday | | | | 32.0000 | 704.00 |
| | Sick | | | | 20.0000 | 452.00 |
| | Vacation | | | | 20.0000 | 440.00 |
| | Total Hours | 113.3000 | | | 1012.9000 | |
| | Total Hrs Worked | 113.3000 | | | | |
| | Gross Earnings | | | 2988.85 | | 24021.47 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 170.80 | 1329.78 |
| Medicare | | 39.95 | 311.00 |
| Fed Income Tax | MWS 1 | 328.66 | 2111.80 |
| TOTAL | | 539.41 | 3752.58 |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MED 125 | 233.94 | 2573.34 |
| SUPP LIFE INSU | 8.60 | 94.60 |
| TOTAL | 242.54 | 2667.94 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2206.90 | 17600.9 |

Payrolls by Paychex, Inc.

0943 Y470-B918  ALLIANCE HEALTH RESOURCES MOBILE • 2910 Center St • Deer Park TX 77536 • (281) 241-8514

# Your New Benefit Amount

**BENEFICIARY'S NAME: ANTHONY LEWIS**

Your Social Security benefit will increase by **3.2%** in 2024 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $1,995.70 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 16, 2023 or if someone else pays your premium, we show $0.00) | -$174.70 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2024. If you did not elect withholding as of November 1, 2023, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 16, 2023, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2023 on or about January 17, 2024. | $1,821.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

## Need more help?

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **866-931-2729**.

   SOCIAL SECURITY
   5414 ALDINE MAIL RD
   HOUSTON, TX 77039